MARK R. LEONARD (State Bar No. 219186)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916)362-9000
Fax: (916)362-9066
E-mail: mleonard@davisandleonard.com

Attorneys for Defendants Shuk Yee Tsui,
Cheuk Yin Tsui, and Huong Gian, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARU HOLDING CORP., a Delaware Corporation.<br><br>    Plaintiff,<br><br>  v.<br><br>SHUK YEE TSUI, an Individual, CHEUK YIN TSUI, an Individual, and HUONG GIAN, INC., a California corporation, all d/b/a HARUKA SUSHI BAR.<br><br>    Defendants. | CASE NO. 2:14-CV-00673-JAM-KJN<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

   Pursuant to Local Rule 144, the parties to this action, through their respective counsel, hereby stipulate that Defendants shall have until May 26, 2014 to file an answer or otherwise respond to Plaintiff's complaint in this action.

Dated: May 13, 2014          DAVIS & LEONARD, LLP

                             /s/Mark R. Leonard
                             Mark R. Leonard
                             Attorney for Defendants Shuk Yee Tsui,
                             Cheuk Yin Tsui, and Huong Gian, Inc

-1-

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1

2  Dated: May 13, 2014                    MAVEN INTELLECTUAL PROPERTY

3                                          /s/Janet C. Moreira
                                           Janet C. Moreira
4                                          Attorney for Plaintiff Haru Holding Corp.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT