LAW OFFICE OF RAPHAEL A. GUTIÉRREZ
RAPHAEL A. GUTIÉRREZ (SBN 215207)
Email: rafa@rgattorney.com
11355 W. Olympic Blvd. Suite 106
Los Angeles, CA 90064
Phone: 310-966-1800

MAVEN INTELLECTUAL PROPERTY
JANET C. MOREIRA (Fla. Bar No. 0597090)
Pro Hac Vice Admission _____ [pending]
5801 Biscayne Boulevard
Miami, Florida 33137
Tel: 305.967.7450
Fax: 305.967.7450
E-mail: janet@maveniplaw.com

Attorneys for Plaintiff,
HARU HOLDING CORP.



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARU HOLDING CORP., a Delaware corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>SHUK YEE TSUI, an Individual, CHEUK YIN TSUI, an Individual, and HUONG GIAN, INC., a California corporation, all d/b/a HARUKA f/d/b/a as HARU SUSHI BAR<br><br>*Defendants.* | Case No. 2:14-CIV-00673-JAM-KJN<br><br>**CONSENT JUDGMENT** |

**THIS CAUSE** came before the Court on the application of Plaintiff HARU HOLDING CORPORATION (hereinafter "Plaintiff" or "HHC") and Defendants SHUK YEE TSUI ("S. Tsui"), CHEUK YIN TSUI ("C. Tsui"), and HUONG GIAN, INC. ("Huong Gian"). S. Tsui, C. Tsui, and Huong Gian may be individually and/or collectively referred to as "Defendants." HHC and Defendants may be collectively referred to as the "Parties." The Parties have jointly moved

1

CONSENT JUDGMENT

for, and have consented to, entry of a Consent Judgment ("Judgment") including injunctive relief in the form herein set forth.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, ORDERED, ADJUDGED and DECREED** as follows:

1. On March 12, 2014, HHC filed a Complaint against SHUK YEE TSUI, an Individual, CHEUK YIN TSUI, an Individual, and HUONG GIAN, INC., for a permanent injunction and other relief in connection with Defendants for violation of a settlement agreement and violation the Lanham Act, 15 U.S.C. §§ 1114, 1125(a), and 1125(d), and California statutory and common laws.

2. Defendants admit that this Court has subject matter jurisdiction over the action and admits and consents to personal jurisdiction over Defendants and entry of this final judgment.

2. Defendants acknowledge and admit HHC has continuously, exclusively, and extensively used the trademark HARU®, with and without design elements, in commerce since as early as 1999 in connection with its restaurant, catering, and related goods and services. HHC's restaurants serve traditional Japanese and inventive Japanese-fusion cuisine in a trendy ambiance. HHC also provides delivery and catering services, private rooms and lounges, outdoor dining spaces and a bar.

3. Defendants acknowledge and admit that in addition to HHC's common law trademark rights, HHC is also the owner of several valid and subsisting federal trademark registrations for the trademark HARU® as well as other design marks that include the word HARU including the following federal trademark registrations for its trademarks (individually and collectively referred to as the "**HARU® Registrations**"):

| Trademark | Registration No. | Goods/Services |
|---|---|---|
| (HARU logo) | 2,546,193 | Restaurant services (Class 043). |
| HARU | 2,709,147 | Restaurant services (Class 043). |
| (HARU logo) | 4,125,100 | Restaurant, bar, and catering services (Class 043). |

Collectively, HHC's common law rights and its rights to the marks in the **HARU®** Registrations are referred to as the "**HARU®** Trademarks."

4. Defendants acknowledge and admit that the **HARU®** Trademarks are strong and **HARU®** Registrations are valid, subsisting, and evidence HHC's exclusive rights and ownership to the **HARU®** Trademarks.

5. Defendants own and operate two (2) restaurants at 550 S. Cherokee Lane, Suite H, Lodi, CA 95240-4255 and 8685 Auburn-Folsom Road, Granite Bay, CA 62746 using the domain trademarks, trade names, and domain names "HARUKA SUSHI BAR," "HARUKA," and HARUKASUSHIBAR.COM, and HARUKASUSHI.COM ("Defendants' Names") to advertise and promote goods/services which directly compete with the goods/services connected with the **HARU®** Trademarks.

6. Judgment is hereby entered in favor of HHC and against Defendants as follows:

Defendants, its principals, officers, general partners, limited partners, shareholders, and owners, employees, agents, representatives, parents, affiliates, divisions, subsidiaries, successors,

3

CONSENT JUDGMENT

vendees, transferees, and/or assigns, individually and collectively, on a worldwide basis, directly and indirectly, are immediately and permanently enjoined from, directly and indirectly:

(i) registering, attempting to register, renewing, purchasing, attempting to acquire, or acquiring any trademark rights consisting of, in whole or in part, the word "HARU," any of the HARU® Trademarks, Defendants' Names, and/or any trademarks confusingly similar thereto;

(ii) registering, attempting to register, renewing, purchasing, attempting to acquire, or acquiring any domain names consisting of, in whole or in part, the word "HARU," any of the HARU® Trademarks, Defendants' Names, and/or any trademarks confusingly similar thereto;

(iii) identifying, passing off, or creating the false association, affiliation or association with HHC, or with the HARU® Trademarks, and if asked, shall expressly deny any such affiliation or association;

(iv) using, advertising, promoting, selling or offering to sell, or authorizing others to do so, in connection with any goods/services, the word "HARU," the HARU® Trademarks, Defendants' Names, and/or any other words, phrases, or symbols that are confusingly similar thereto; and

(v) using, either alone or in combination with other words or symbols, the word "HARU," any of the HARU® Trademarks, Defendants' Names, and/or any other words confusingly similar thereto: (a) as a corporate name, trade name, trademark, Internet account username, social media handle, service mark, collective mark, certification mark, brand name, logo, domain name, website, keyword, in metatags, or by any other means of source identification of any nature whatsoever; (b) in advertising materials, promotional materials, stationery, packaging, displays, signs of any nature, instructions, labels and other printed materials of any nature whatsoever, (c) in listings of any nature, including, but not limited to, business listings, Internet listings, phone and trade association listings, and/or (d) in domain names and Internet text material of any nature whatsoever, including, but not limited to, in metatags, keywords, websites or any other source code or visible display on the Internet.

7.  Defendants agree to take any action requested by HHC to have the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names transferred to an account designated by HHC effective no later than 12:01 a.m. EST on October 23, 2014. Defendants further hereby irrevocably assigns, sells, conveys, grants, and transfers to HHC,

without recourse, all of Defendants' rights, title and interest in and to the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names, including without limitation, all federal, foreign, statutory and common law and other rights residing in Defendants' Domain Names, all domestic and foreign applications, registrations, extensions and renewals of such applications and registrations, all goodwill of the businesses connected with and symbolized by the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names, all rights to causes of action and remedies related thereto, including without limitation, the right to sue and seek damages for past, present, and future infringements thereof, and any and all other rights and interests arising out of, or in connection with the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names.

    (i)    The obligations described in this Section 7 shall apply to the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names and all other domain names owned, controlled or operated by Defendants, their principals, officers, general partners, limited partners, shareholders, and owners, employees, agents, representatives, parents, affiliates, divisions, subsidiaries, successors, vendees, transferees, and/or assigns, that consist of, in whole or in part, the word "HARU," any of the HARU® Trademarks, Defendants' Names, and/or any other words confusingly similar thereto, which shall be more fully described in.

    (ii)    No later than 12:01 a.m. EST on October 23, 2014, Defendants shall take any or all of the following steps as necessary to transfer the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names to an account designated by HHC: (A) unlocking the Defendants' HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names with its domain name registrar; (B) providing HHC with transfer authorization codes for the transfer of the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names to a registrar(s) of HHC's choosing; (C) confirming the transfer of the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names to HHC by responding to a confirmation e-mail; and/or (D) providing the account login and password for the account which controls the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names.

    (iii)    Defendants hereby authorize and request that any domain name registrar of HHC's choosing and, as appropriate, the corresponding domestic and/or foreign registries, record HHC as the owner of the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names; and to issue, in accordance with this

LAW OFFICE OF RAPHAEL A. GUTIÉRREZ
11355 W. Olympic Blvd. Suite 106
Los Angeles, CA 90064
Ph: 310-966-1800

assignment and transfer, all registrations, renewals, and any other documents relating to the HARUKASUSHIBAR.COM and HARUKASUSHI.COM domain names in the name of HHC as the owner of all right, title and interest in such domain names, for the sole and exclusive enjoyment of HHC.

8. Notwithstanding Defendants' obligations as set forth in Paragraphs 6 through 7 above, Defendants:

(i) may continue using any currently-existing advertising materials, promotional materials, flyers, stationery, packaging, menus, billboards, napkins, table displays, signs of any nature, instructions, labels, business cards, electronic files, and other materials of any nature or medium whatsoever, that display, use, or reproduce the Defendants' Names, or any other similar designation, the HARU® Trademarks, and/or any other marks or names confusingly similar thereto, through and including **October 23, 014**; and

(ii) by no later than **October 30, 2014**, Defendants shall destroy any and all materials excepted in the preceding subparagraph remaining in Defendants' possession, custody and/or control on **October 23, 2014**, and shall certify such destruction in a written letter to HHC setting forth in detail the materials destroyed, the date destroyed and the manner of destruction.

7. The undersigned represent that the respective parties have had the opportunity to engage independent legal counsel or have obtained the advice of counsel and are consenting and agreeing to all of the terms of this Judgment freely and voluntarily.

8. The Clerk of the Court shall enter this Judgment promptly on the docket of the Court pursuant to Rule 58 of the Federal Rules of Civil Procedure and this action is hereby dismissed without costs or attorney's fees, save this Court shall retain exclusive jurisdiction over this action for disputes arising out of the settlement agreement executed by the Parties or this Judgment.

**IN WITNESS WHEREOF**, the parties hereto have caused this Judgment to be executed on the dates set forth below.

//signatures to follow//

CONSENT JUDGMENT

| HARU HOLDING CORPORATION | SHUK YEE TSUI |
|---|---|
| Signature: _Cristina L. Mendez_ | Signature: _Shuk Yee T._ |
| By: CRISTINA L. MENDOZA | By: |
| Title: Secretary | Title: Owner |
| Date: 5/30/14 | Date: 5-28-14 |

| | CHEUK YIN TSUI |
|---|---|
| | Signature: _____ |
| | By: |
| | Title: Owner |
| | Date: 5-28-14 |

| | HUONG GIAN, INC. |
|---|---|
| | Signature: _____ |
| | By: |
| | Title: President |
| | Date: 5-28-14 |

LAW OFFICE OF RAPHAEL A. GUTIÉRREZ
11355 W. Olympic Blvd. Suite 106
Los Angeles, CA 90064
Ph.: 310-966-1800

7

CONSENT JUDGMENT

**SO ORDERED**

This 2nd day of ~~May~~ June, 2014.

*[signature]*

Honorable John A. Mendez

United States District Judge

LAW OFFICE OF RAPHAEL A. GUTIÉRREZ
11355 W. Olympic Blvd. Suite 106
Los Angeles, CA 90064
Ph: 310-966-1800

CONSENT JUDGMENT